UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jacqueline M. Pagliccia</u>

        v.                Civil No. 11-cv-228-JL

<u>U. S. Vision, Inc.</u>


ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:  #10, Cross Motion to Dismiss and Partial Assent to Motion for Leave to Withdraw as Plaintiff's Counsel, filed by Defendant U. S. Vision, Inc.

DATE:        September 19, 2011


The document above fails to comply with:

LR 7.1(a)(1)        Motions, other than those submitted during trial, shall be considered only if submitted separately from other filings and only if the word ''motion'' appears in the title.  Document #10 will be considered only as a Notice of Partial Assent to Motion for Leave to Withdraw as Plaintiff's Counsel.  Any Motion to Dismiss must be filed separately.


SO ORDERED.

September 20, 2011                _____

                                                   Joseph N. Laplante
                                                   United States District Judge


cc:     H. Jonathan Meyer, Esq.
         Bronwyn Roberts, Esq.