```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>Jacqueline M. Pagliccia</u>

    v.                              Civil No. 11-cv-228-JL

<u>U.S. Vision, Inc.</u>

### **O R D E R**

The motion for leave to withdraw as plaintiff's counsel (document no. 9) is DENIED without prejudice as there is a motion to dismiss pending in this case.  <u>See</u> LR 83.6(d).  Plaintiff's obligation to object to the motion is stayed, however, until further order from the court.  Plaintiff's counsel shall notify the court by **October 20, 2011** as to whether he has been contacted by the plaintiff.  The court will make appropriate orders at that time.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  September 27, 2011

cc:  H. Jonathan Meyer, Esq.
     Bronwyn L. Roberts, Esq.