```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jacqueline M. Pagliccia

    v.                              Civil No. 11-cv-228-JL

U.S. Vision, Inc.


## O R D E R

The motion for leave to withdraw as plaintiff's counsel (document no. 9) is DENIED without prejudice as there is a motion to dismiss pending in this case.  See LR 83.6(d).  Plaintiff's obligation to object to the motion is stayed, however, until further order from the court.  Plaintiff's counsel shall notify the court by **October 20, 2011** as to whether he has been contacted by the plaintiff.  The court will make appropriate orders at that time.

    **SO ORDERED.**

                                            /s/ Joseph N. Laplante
                                            Joseph N. Laplante
                                            United States District Judge

Dated:  September 27, 2011

cc:  H. Jonathan Meyer, Esq.
     Bronwyn L. Roberts, Esq.